## Commonwealth ex rel. Krol, Appellant, *v.* Russell.

Submitted November 11, 1965. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Theodore J. Krol,* appellant, in propria persona.

*Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION BY MR. JUSTICE EAGEN, March 22, 1966:

This is an appeal from an order below dismissing an action in habeas corpus without hearing.

Appellant, while represented by counsel, plead guilty generally to the charge of murder. After hearing, a three-judge court entered a finding of guilty of murder in the first degree, and imposed a sentence of imprisonment for life.

Appellant now attacks the validity of his confinement and judgment of sentence under the rule enunciated in *Escobedo v. Illinois,* 378 U.S. 478 (1964).

The writ was correctly denied. The rulings in *Commonwealth ex rel. Pomales v. Myers,* 418 Pa. 369, 211 A. 2d 483 (1965); *Commonwealth ex rel. Adderley v. Myers,* 418 Pa. 366, 211 A. 2d 481 (1965); and, *Commonwealth ex rel. Blackshear v. Myers,* 419 Pa. 151, 213 A. 2d 378 (1965) are controlling.

Order affirmed.